# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: 1:16-cv-00332-RL-SLC |
| | ) | |
| URS MIDWEST, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

On September 14, 2016, Plaintiff Christopher J. Anderson filed a complaint against Defendants URS Midwest, Inc., and Juan T. Smith, alleging that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. (DE 1). The complaint alleges that Anderson is a citizen of Wisconsin, that Smith is a citizen of Maryland, and that URS Midwest, Inc., is a "foreign corporation with a principal business address of . . . Michigan . . . ." (DE 1 ¶¶ 2, 4).

Anderson's allegations concerning the citizenship of the parties is insufficient to establish diversity jurisdiction. As the party seeking to invoke federal diversity jurisdiction, Anderson bears the burden of demonstrating that the requirement of complete diversity has been met. *Chase v. Shop'n Save Warehouse Foods, Inc.*, 110 F.3d 424, 427 (7th Cir. 1997).

With respect to URS Midwest, Inc., corporations "are deemed to be citizens of the state in which they are incorporated *and* the state in which they have their principal place of business." *N. Trust Co. v. Bunge Corp.*, 899 F.2d 591, 594 (7th Cir. 1990) (emphasis added) (citing 28 U.S.C. § 1332(c)(1)). Therefore, Anderson's allegation that URS Midwest, Inc., is a "foreign corporation" is insufficient; the Court must be informed of the state in which URS Midwest, Inc., is incorporated. Also, a corporation's citizenship turns on the state in which the

corporation has its "principal place of business," not its "principal business address."

Accordingly, Anderson is ORDERED to file an amended complaint on or before September 30, 2016, that properly alleges the citizenship of each party.

SO ORDERED.

Enter for this 16th day of September 2016.

/s/ Susan Collins
Susan Collins,
United States Magistrate Judge